**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 82 WM 2015
:
Respondent :
:
:
:
v. :
:
:
:
NICHOLAS KEREMES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Application for Extraordinary Relief is **DENIED**.